SHAWN N. ANDERSON
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL:  (670) 236-2980
FAX:  (670) 236-2985

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| IN RE: GRAND JURY PANEL EXPIRING JULY 9, 2019 | Miscellaneous Case No. 19-00023<br><br>**UNITED STATES' MOTION TO EXTEND THE GRAND JURY PANEL EXPIRING JULY 9, 2019** |

FILED
Clerk
District Court
JUN 0 3 2019
for the Northern Mariana Islands
By _____ (Deputy Clerk)

The United States of America, by and through its counsel, Shawn N. Anderson, United States Attorney, and Eric S. O'Malley, Assistant United States Attorney, hereby moves this Honorable Court pursuant to Fed. R. Crim. P. 6(g) to extend the term of service of the Grand Jury panel due to expire on July 9, 2019, to September 4, 2019.  In support thereof, the United States declares that:

1. This Grand Jury panel began service on April 25, 2019, and is set to expire on July 9, 2019.

2. This Grand Jury panel has ongoing work that is not concluded.  The Grand Jury has heard testimony in ongoing investigations that have not been submitted for indictment or concluded.

3. Accordingly, the requested extension is in the public interest.

For the reasons stated above, the United States requests that this Court extend term of Grand Jury panel to September 4, 2019.

Respectfully submitted on June 3, 2019.

> SHAWN N. ANDERSON
> United States Attorney
>
> By: _____
> ERIC S. O'MALLEY
> Assistant United States Attorney